CAREN P. SENCER, Bar No. 233488
KERIANNE R. STEELE, Bar No. 250897
ERIC WIESNER, Bar No. 259672
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unioncounsel.net
         csencer@unioncounsel.net
         ksteele@unioncounsel.net
         ewiesner@unioncounsel.net

SCOTT A. KRONLAND, Bar No. 171693
JEFFREY B. DEMAIN, Bar No. 126715
P. CASEY PITTS, Bar No. 262463
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jdemain@altshulerberzon.com
        skronland@altshulerberzon.com
        cpitts@altshulerberzon.com

Attorneys for Defendant SERVICE EMPLOYEES
INTERNATIONAL UNION, LOCAL 521

*Additional Counsel for additional Defendant listed on following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE BERMUDEZ, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　and<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, and COUNTY OF SANTA CLARA,<br><br>　　　　　　　Defendants. | No. 3:18-cv-04312-VC<br><br>**STIPULATION TO POSTPONE FURTHER CASE MANAGEMENT CONFERENCE; PROPOSED ORDER**<br><br>Date:  May 7, 2019<br><br>Time: 2:30 PM<br><br>Courtroom: 04<br><br>Judge: Vince Chhabria |

WHEREAS, on April 16, 2019, the Court issued its Order Granting in Part and Denying in Part Motion for Summary Judgment, Dkt. #82; and

WHEREAS, the Order scheduled a further telephonic case management conference for Tuesday, May 7, 2019 at 2:30pm, and required the filing of a joint case management statement by Tuesday, April 30, 2019; and

WHEREAS, counsel for defendant Service Employees International Union, Local 521 is not able to attend a telephonic case management conference at the scheduled time; and

WHEREAS, no party will be prejudiced by a short postponement of the further telephonic case management conference;

THEREFORE, the parties hereby stipulate to postpone the further telephonic case management conference to Tuesday, May 14, 2019, at 2:30pm, and to postpone the deadline for filing a joint case management statement to Tuesday, May 7, 2019.

Dated: April 22, 2019

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/Eric Wiesner
    CAREN P. SENCER
    KERIANNE R. STEELE
    ERIC WIESNER

Attorneys for Defendant SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521

ALTSHULER BERZON LLP

Dated: April 22, 2019

By: /s/P. Casey Pitts
    SCOTT A. KRONLAND
    JEFFREY B. DEMAIN
    P. CASEY PITTS

Attorneys for Defendant SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521

OFFICE OF THE COUNTY COUNSEL

Dated: April 22, 2019　　By:　　/s/Nancy J. Clark
　　　　　　　　　　　　　　　　NANCY J. CLARK

Attorneys for Defendant
COUNTY OF SANTA CLARA

BANYS, P.C.

Dated: April 22, 2019　　By:　　/s/Richard C. Lin
　　　　　　　　　　　　　　　　CHRISTOPHER D. BANYS
　　　　　　　　　　　　　　　　RICHARD C. LIN
　　　　　　　　　　　　　　　　JENNIFER GILBERT

Attorneys for Plaintiffs and the Proposed Classes

### Signature Attestation

Pursuant to Local Civil Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: April 22, 2019

　　　　　　　　　　　　　　　　By:　/s/ P. Casey Pitts
　　　　　　　　　　　　　　　　　　　P. CASEY PITTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE BERMUDEZ, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　and<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, and COUNTY OF SANTA CLARA,<br><br>　　　　　　Defendants. | No. 3:18-cv-04312-VC<br><br>**[PROPOSED] ORDER** |

Pursuant to the stipulation of the parties, the further telephonic case management conference shall be held on Tuesday, May 14, 2019 at 2:30pm.  A joint case management statement is due Tuesday, May 7, 2019.

**IT IS SO ORDERED.**

Dated: _____, 2019    By: _____
　　　　　　　　　　　　　　　　　　HON. VINCENT CHHABRIA
　　　　　　　　　　　　　　　　　　JUDGE OF THE UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　FOR THE NORTHERN DISTRICT OF CALIFORNIA