UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE BERMUDEZ, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, et al.,<br><br>        Defendants. | Case No. 18-cv-04312-VC<br><br>**ORDER TO REVIEW** |

Counsel for the plaintiff must review the proposed notice and proposed order to ensure that both comply fully with the Court's standing order and with the Northern District of California's procedural guidance on class action settlements. If the notice or proposed order do not comply, or if counsel identifies any other errors or typos, counsel must submit new documents by Wednesday, January 8, 2020 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: January 3, 2020

_____
VINCE CHHABRIA
United States District Judge