UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE BERMUDEZ, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, et al.,<br><br>      Defendants. | Case No. 18-cv-04312-VC<br><br>**ORDER RE FAIRNESS HEARING** |

The fairness hearing scheduled for May 21, 2020 will take place by Zoom webinar. Anyone wishing to object to the settlement or motion for attorney's fees must email the courtroom deputy (vccrd@cand.uscourts.gov), with a cc to all counsel, by no later than Wednesday, May 20 at noon, or else forfeit their right to participate in the hearing.

**IT IS SO ORDERED.**

Dated: May 18, 2020

VINCE CHHABRIA
United States District Judge