1  CHRISTOPHER D. BANYS (State Bar No. 230038)
   **BANYS, P.C.**
2  567 Marsh Street
   San Luis Obispo, California 93401
3  Telephone:  (650) 308-8505

4  Attorneys for Plaintiffs,
   JORGE BERMUDEZ, VIRGINIA VALDEZ,
   and ANGELICA PEDROZO, as individuals, and
5  on behalf of all others similarly situated,

6

7
                       NORTHERN DISTRICT OF CALIFORNIA
8
                            SAN FRANCISCO DIVISION
9

10 | JORGE BERMUDEZ, VIRGINIA VALDEZ,              | Case No.  3:18-cv-04312-VC
   | and ANGELICA PEDROZO, as individuals, and
11 | on behalf of all others similarly situated,   | **[AMENDED] [PROPOSED] ORDER
   |                                               | GRANTING  AS MODIFIED MOTION FOR
12 |              Plaintiffs,                      | ATTORNEYS' FEES, COSTS, AND
   |                                               | ENHANCEMENT PAYMENT**
13 | v.
   |                                               | Date: May 21, 2020
14 | SERVICE EMPLOYEES INTERNATIONAL               | Time: 10 a.m.
   | UNION, LOCAL 521, and COUNTY OF               | Courtroom: 4, 17th floor
15 | SANTA CLARA,                                  | Judge: Hon. Vince Chhabria
   |
16 |              Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1  Plaintiffs JORGE BERMUDEZ, VIRGINIA VALDEZ, and ANGELICA PEDROZO, as
2  individuals, and on behalf of all others similarly situated, seek an Order from the Court granting its
3  Motion to Enforce Settlement and for Attorneys' Fees against Defendant SERVICE EMPLOYEES
4  INTERNATIONAL UNION, LOCAL 521, and COUNTY OF SANTA CLARA.  Having considered
5  the arguments and evidence presented, the Court is of the opinion that the Motion should be and is
6  hereby GRANTED.

7  IT IS ORDERED that Plaintiff's Motion for attorneys' fees is granted. SERVICE EMPLOYEES
8  INTERNATIONAL UNION, LOCAL 521 shall pay Plaintiff Virginia Valdez the sum of $500.00 within
9  fourteen (14) days after the Effective Date of the Settlement Agreement and shall pay Plaintiff's
10 Counsel the sum of $23,750.00 within fourteen (14) days after the Effective Date of the Settlement
11 Agreement.  LOCAL 521 shall withhold payment of an additional $1,250.00 (5% of attorney fees),
12 pending a further order of this Court after the filing of the Post-Distribution Accounting. At the time of
13 the Post-Distribution Accounting, the Plaintiff must file a proposed order requiring payment of the
14 remaining fees.

15 IT IS SO ORDERED.

17 DATED: 5/22/2020

18 The Honorable Vince Chhabria
19 United States Magistrate Judge

[AMENDED][PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS    2    CASE NO. 3:18-CV-04312-VC