UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE BERMUDEZ, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, et al.,<br><br>    Defendant. | 18-cv-04312-VC<br><br>**JUDGMENT** |

    The Court now enters judgment in accordance with its previous orders granting Final Approval of Class Action Settlement and the Motion for Attorney Fees. The Clerk of Court is directed to close the case.

    **IT IS SO ORDERED.**

Dated: June 23, 2020

                                                                     VINCE CHHABRIA<br>
                                                                       United States District Judge