CHRISTOPHER D. BANYS (State Bar No. 230038)
**BANYS, P.C.**
567 Marsh Street
San Luis Obispo, California 93401
Telephone: (650) 308-8505

Attorneys for Plaintiffs,
JORGE BERMUDEZ, VIRGINIA VALDEZ,
and ANGELICA PEDROZO, as individuals, and
on behalf of all others similarly situated,

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JORGE BERMUDEZ, VIRGINIA VALDEZ, and ANGELICA PEDROZO, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521, and COUNTY OF SANTA CLARA,<br><br>Defendant. | Case No. 3:18-cv-04312-VC<br><br>**[PROPOSED] ORDER GRANTING PAYMENT OF REMAINING ATTORNEYS' FEES**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 4, 17th floor<br>Judge: Hon. Vince Chhabria |

Plaintiffs JORGE BERMUDEZ, VIRGINIA VALDEZ, and ANGELICA PEDROZO, as individuals, and on behalf of all others similarly situated, seek an Order from the Court granting payment of the remaining $1,250.00 in attorney fees, withheld until the Parties filed their post-distribution accounting. On September 3, 2020 the parties filed a post-distribution accounting (Dkt. No. 137). Accordingly:

IT IS ORDERED that SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 521 shall pay Plaintiff's counsel the additional $1,250.00 (5% of attorney fees) previously withheld within fourteen (14) days of this Order.

IT IS SO ORDERED.

DATED: October 2, 2020

APPROVED

Judge Vince Chhabria